## HEDRICK v. RAINS

No. 105PA96

Case below: 121 N.C.App. 466

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996.

## HORTON v. NEW SOUTH INS. CO.

No. 194P96

Case below: 122 N.C.App. 265

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996. Alternative petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 June 1996. Alternative petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 June 1996.

## IN RE HUANG

No. 123P96

Case below: 121 N.C.App. 626

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 12 June 1996. Petition by petitioner (Dr. Barney K. Huang) for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

## IN RE JENKINS

No. 132P96

Case below: 121 N.C.App. 626

Notice of appeal by respondent (George Russell Jenkins) (substantial constitutional question) dismissed ex mero motu 12 June 1996. Petition by respondent (George Russell Jenkins) for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

## KNIGHTEN v. BARNHILL CONTRACTING CO.

No. 187P96

Case below: 122 N.C.App. 109

Petition by defendant or discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.